# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

JOHNNY GAINES, an Individual,

    Plaintiff,

v

FAMILY FARE, LLC., a Michigan Limited Liability Company d/b/a FAMILY FARE SUPERMARKET, SPARTAN STORES FUEL, LLC, a Michigan Limited Liability Company d/b/a FAMILY FARE QUICK STOP, SPARTANNASH ASSOCIATES, LLC., and JANE OLDENKAMP, an Individual,

    Defendants.

Case No. 1:23-cv-1198

HON. JANE M. BECKERING

---

| | |
|---|---|
| Muneeb M. Ahmad (P70391) <br> Syed Hussain Akbar (P67967) <br> AHMAD & AKBAR LAW PLLC <br> Suite 106 <br> 811 N Main Street <br> Royal Oak, Michigan 48067 <br> 248.519.2313 <br> Muneeb@ahmadandakbar.com <br> *Attorneys for Plaintiff* | Andrea J. Bernard (P49209) <br> Zainab H. Sabbagh (P80452) <br> WARNER NORCROSS + JUDD LLP <br> 1500 Warner Building <br> 150 Ottawa Ave., NW <br> Grand Rapids, Michigan 49503 <br> 616.752.2199 <br> abernard@wnj.com <br> zsabbagh@wnj.com <br> *Attorneys for Defendants* |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Johnny Gaines ("Gaines") and Defendants Family Fare, LLC, Spartan Stores Fuel, LLC, SpartanNash Associates, LLC, and Jane Oldenkamp (collectively, "Defendants") hereby stipulate and agree that this matter may be dismissed with prejudice and with no award of costs or attorney fees to either party.

**IT IS SO ORDERED.**

Date: November 12, 2024          /s/ Jane M. Beckering
                                 Hon. Jane M. Beckering
                                 United States District Court Judge

**STIPULATED:**

Dated: November 11, 2024         */s/Muneeb M. Ahmad (w/permission)*
                                 Muneeb M. Ahmad (p70391)
                                 Syed Hussain Akbar (P67967)
                                 AHMAD & AKBAR LAW PLLC
                                 Suite 106
                                 811 N Main Street
                                 Royal Oak, Michigan 48067
                                 248.519.2313
                                 Muneeb@ahmadandakbar.com
                                 *Attorneys for Plaintiff*

Dated: November 11, 2024         */s/Andrea J. Bernard*
                                 Andrea J. Bernard (P49209)
                                 Zainab H. Sabbagh (P80452)
                                 WARNER NORCROSS + JUDD LLP
                                 1500 Warner Building
                                 150 Ottawa Ave., NW
                                 Grand Rapids, Michigan 49503
                                 616.752.2199
                                 abernard@wnj.com
                                 zsabbagh@wnj.com
                                 *Attorneys for Defendants*